UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2011 SEP 28 PM 4:51

UNITED STATES OF AMERICA

v.

CASE NO. 2:11-cr-97-FtM-36SPC

JUDE SEREME, a/k/a "Poppie,"
a/k/a "P-O,"
NEHEME DUCTANT, a/k/a "Lucky,"
a/k/a "Waldo,"
RICK JEAN, a/k/a "Slim," a/k/a "Slick,"
WILMANE JEAN, a/k/a "KK," a/k/a "Kid,"
a/k/a "Gumby,"
RASHID FRANCOIS, a/k/a "Fat Boy," "Pada,"
FRITZCO DESIR, a/k/a "Ray Jay," a/k/a "KK,"
a/k/a "Ray Ray,"
MICHAEL DUPIN, a/k/a "Dread,"
JOPHANEY HYPPOLITE, a/k/a "Mike Larry," a/k/a "Bo,"
JENNIFER NICOLE SANDER, a/k/a "Jen," and
ERIC BONITA, a/k/a "Black"

21:841(a)(1)
21:841(b)(1)(B)(iii)
21:841(b)(1)(C)
21:846
21:853(Forfeiture)
18:2

1-11-mj-54-GRJ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but at least by in or about July, 2010, and continuing through and including the date of this Indictment, in Lee and Collier County, in the Middle District of Florida and elsewhere, the defendants,

**JUDE SEREME, a/k/a "Poppie,"
a/k/a "P-O,"
NEHEME DUCTANT, a/k/a "Lucky,"
a/k/a "Waldo,"
RICK JEAN, a/k/a "Slim," a/k/a "Slick,"
WILMANE JEAN, a/k/a "KK," a/k/a "Kid,"
a/k/a "Gumby,"
RASHID FRANCOIS, a/k/a "Fat Boy," "Pada,"**

**FRITZCO DESIR, a/k/a "Ray Jay," a/k/a "KK,"
a/k/a "Ray Ray,"
MICHAEL DUPIN, a/k/a "Dread,"
JOPHANEY HYPPOLITE, a/k/a "Mike Larry," "Bo,"
JENNIFER NICOLE SANDER, a/k/a "Jen," and
ERIC BONITA, a/k/a "Black,"**

did knowingly and willfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to manufacture, possess with intent to distribute and distribute twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about August 27, 2010, in Lee County, in the Middle District of Florida, the defendant,

**NEHEME DUCTANT, a/k/a "Lucky,"
a/k/a "Waldo,"**

did knowingly and willfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT THREE

On or about December 20, 2010, in Lee County, in the Middle District of Florida, the defendant,

**JUDE SEREME, a/k/a "Poppie,"
a/k/a "P-O,"**

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about April 20, 2011, in Lee County, in the Middle District of Florida, the defendant,

**RICK JEAN, a/k/a "Slim," a/k/a "Slick," and
WILMANE JEAN, a/k/a "KK," a/k/a "Kid,"
a/k/a "Gumby,"**

did knowingly and willfully distribute and aid and abet the distribution of a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about May 26, 2011, in Lee County, in the Middle District of Florida, the defendant,

**RICK JEAN, a/k/a "Slim," a/k/a "Slick," and
WILMANE JEAN, a/k/a "KK," a/k/a "Kid,"
a/k/a "Gumby,"**

did knowingly and willfully distribute and aid and abet the distribution of a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT SIX

On or about June 29, 2011, in Lee County, in the Middle District of Florida, the defendant,

**RICK JEAN, a/k/a "Slim," a/k/a "Slick," and
JOPHANEY HYPPOLITE, a/k/a "Mike Larry," a/k/a "Bo,"**

did knowingly and willfully distribute and aid and abet the distribution of a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT SEVEN

On or about July 7, 2011, in Lee County, in the Middle District of Florida, the defendant,

**RICK JEAN, a/k/a "Slim," a/k/a "Slick,"**

did knowingly and willfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT EIGHT

On or about August 4, 2011, in Collier County, in the Middle District of Florida, the defendant,

**RICK JEAN, a/k/a "Slim," a/k/a "Slick,"**

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled

Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about September 21, 2011, in Lee County, in the Middle District of Florida, the defendant,

**MICHAEL DUPIN, a/k/a "Dread,"**

did knowingly and willfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

On or September 21, 2011, in Lee County, in the Middle District of Florida, the defendant,

**FRITZCO DESIR, a/k/a "Ray Jay," a/k/a "KK," a/k/a "Ray Ray,"**

did knowingly and willfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

On or September 27, 2011, in Lee County, in the Middle District of Florida, the defendant,

**ERIC BONITA, a/k/a "Black"**

did knowingly and willfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

On or September 27, 2011, in Lee County, in the Middle District of Florida, the defendant,

**JOPHANEY HYPPOLITE, a/k/a "Mike Larry," a/k/a "Bo," and
JENNIFER NICOLE SANDER, a/k/a "Jen,"**

did knowingly and willfully distribute and aid and abet the distribution of a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.  The allegations contained in Counts One through Twelve of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2.  From their engagement in any violations alleged in Counts One through Twelve of this Indictment, which are punishable by imprisonment for more than one year, the defendants,

**JUDE SEREME, a/k/a "Poppie,"
a/k/a "P-O,"
NEHEME DUCTANT, a/k/a "Lucky,"
a/k/a "Waldo,"
RICK JEAN, a/k/a "Slim," a/k/a "Slick,"**

**WILMANE JEAN, a/k/a "KK," a/k/a "Kid,"
a/k/a "Gumby,"
RASHID FRANCOIS, a/k/a "Fat Boy," a/k/a "Pada,"
FRITZCO DESIR, a/k/a "Ray Jay," a/k/a "KK,"
a/k/a "Ray Ray,"
MICHAEL DUPIN, a/k/a "Dread,"
JOPHANEY HYPPOLITE, a/k/a "Mike Larry," a/k/a "Bo,"
JENNIFER NICOLE SANDER, a/k/a "Jen," and
ERIC BONITA, "Black,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

    a.    Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b.    Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3.    · If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL;

*[signature]*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
Jesus M. Casas
Assistant United States Attorney
Trial Counsel

By: *[signature]*
Yolande G. Viacava
Assistant United States Attorney
Asset Forfeiture

By: *[signature]*
Nicole H. Waid
Assistant United States Attorney
Chief, Fort Myers Division

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JUDE SEREME, a/k/a "Poppie," a/k/a "P-O,"
NEHEME DUCTANT, a/k/a "Lucky," a/k/a "Waldo,"
RICK JEAN, a/k/a "Slim," a/k/a "Slick,"
WILMANE JEAN, a/k/a "KK," a/k/a "Kid," a/k/a "Gumby,"
RASHID FRANCOIS, a/k/a "Fat Boy," a/k/a "Pada,"
FRITZCO DESIR, a/k/a "Ray Jay," "KK," "Ray Ray,"
MICHAEL DUPIN, a/k/a "Dread,"
JOPHANEY HYPPOLITE, a/k/a "Mike Larry," a/k/a "Bo,"
JENNIFER NICOLE SANDER, a/k/a "Jen," and
ERIC BONITA, a/k/a "Black

**INDICTMENT**

Violations:

21:841(a)(1)
21:841(b)(1)(B)(iii)
21:841(b)(1)(C)
21:846

A true bill,

_____
Foreperson

Filed in open court this 28th day of September, 2011.

_____
Clerk

Bail $ _____

FORM OBD-34
APR 1991